**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>  Plaintiff,<br><br>vs.<br><br>MARISCOS EL PESCADOR INC; et al.,<br><br>  Defendants. | NO. 1:24-cv-00359-JLT-EPG<br><br>**STIPULATION TO SET ASIDE DEFAULT OF JAGDISH KUMAR AND RAJINDER KAUR AND ORDER**<br><br>**(ECF No. 16)** |

**WHEREAS** Plaintiff, JOSE ESCOBEDO ("Plaintiff"), and Defendants, JAGDISH KUMAR and RAJINDER KAUR, ("Defendants") (collectively referred to herein as "the Parties"), by and through their respective counsel, have agreed that in lieu of Defendants filing an Application to Set Aside the Default pursuant to Federal Rule of Civil Procedure 55(c), the Parties have agree that the Clerks' Defaults entered against Defendants (Document 11 and 13), should be set aside.

**WHEREAS** The Parties have been in communication and Defendants has obtained counsel for representation. Defendants are ready and able to file a responsive pleading should the settlement negotiations between the Parties become unsuccessful. All Defendants in this

1

Action are represented by the same counsel and an extension was granted to the non-defaulting defendants for the responsive pleading to be due on or before June 5, 2024.

THEREFORE, the Parties agree that the defaulted Defendants, as identified herein, may have up to and including June 5, 2024, to file their Answer.

DATED: May 6, 2024,    GOLDEN LAW A.P.C.

By  /s/ *Rachelle Taylor Golden*
    RACHELLE TAYLOR GOLDEN
    Attorney for Defendants

DATED: May 6, 2024,    MOORE LAW FIRM, P.C.

By  /s/ *Tanya E. Moore*
    TANYA E. MOORE
    Attorney for Plaintiff,
    JOSE ESCOBEDO

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the invididual(s) whose electronic signature is attributed above.

By/s/ *Rachelle Taylor Golden*
    RACHELLE TAYLOR GOLDEN
    Attorney for Defendants

**ORDER**

Upon review of the parties' stipulation (ECF No. 15), IT IS ORDERED that Defendants Jagdish Kumar and Rajinder Kaur shall have up to and including June 5, 2024, to file their response to the complaint. Further, the Clerk's Entries of Default (ECF Nos. 11, 13) are set aside.

IT IS SO ORDERED.

Dated: **May 7, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE