UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>                    Plaintiff,<br><br> v.<br><br>MARISCOS EL PESCADOR INC., *et al.*,<br><br>                    Defendants. | Case No. 1:24-cv-00359-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 18) |

On June 4, 2024, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 18). Therefore, this action has been terminated with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and then to close the case.

IT IS SO ORDERED.

Dated:  **June 5, 2024**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1